Sherman T. Taylor, et al., v. C. B. Reeves.

154 So. 927.

Opinion Filed April 24, 1934.

Petition for Rehearing Denied May 18, 1934.

*Sherman T. Taylor,* for Appellants;
*Huffaker & Edwards,* for Appellee.

Per Curiam.—Appellee filed Creditor's Bill and procured decree for a sum of money which debtor attempted fraudulently to convey to his wife.

No error.

Decree affirmed.

Davis, C. J., and Whitfield, Ellis, Terrell and Buford, J. J., concur.